No. 731.   SHEIN ET AL. v. UNITED STATES ET AL.

*Per Curiam:* The motion of Jack Garrett Scott for leave to withdraw his appearance as counsel for the appellants is granted.   The judgment is affirmed.   Appellants *pro se.   Solicitor General Perlman, Daniel W. Knowlton* and *Edward M. Reidy* for the United States and the Interstate Commerce Commission;

and *John R. Norris* and *Frank Thompson, Jr.* for the Interstate Common Carrier Council of Maryland, Inc., appellees.